Oval Wood Dish Corporation et al., Appellants, v. North Creek Kiln Drying Company, Inc., Respondent.— Gabrielli, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.